Randy R. Haj, Bar No. 288913
rrh@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
200 N. Pacific Coast Highway, Suite 825
El Segundo, California  90245
Telephone: (310) 689-1750
Facsimile:  (310) 689-1755

and

Seth R. Ogden (*pro hac vice*)
sro@iplawgroup.com
PATTERSON INTELLECTUAL PROPERTY LAW, P.C.
1600 Division Street, Suite 500
Nashville, TN  37203
Telephone: (615) 242-2400
Facsimile:  (615) 242-2221

Attorneys for Plaintiff
BTL Industries, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BTL INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEAUTY WORKS OC LLC, d/b/a NEWPORT PEACHES INC.; SNEZHANA KURKINA <br><br> Defendants. | CASE NO. 8:23-cv-00654-JVS-JDE <br><br> **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT BEAUTY WORKS OC LLC** <br><br> [FED. R. CIV. P. 55(A)] |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff BTL Industries, Inc. ("BTL") hereby requests that the Clerk of this Court enter default in this matter, pursuant to Federal Rule of Civil Procedure 55(a), against defendant Beauty Works OC LLC ("Beauty Works") for its failure to appear, plead or otherwise respond to BTL's complaint within the time prescribed by Federal Rule of Civil Procedure 12(a)(1)(A).

BTL effected service of the summons and complaint on Beauty Works on June 2, 2023, in compliance with the federal and state rules of procedure, as evidenced by the Proof of Service filed with this Court on June 7, 2023, and attached as Exhibit A to the Declaration of Randy R. Haj. Under Rule 12(a) of the Federal Rules of Civil Procedure, Beauty Works was required to answer or otherwise respond to the Complaint no later than June 23, 2023. Because Beauty Works failed to do so, BTL hereby requests that the Clerk enter default against Beauty Works in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

DATED: June 27, 2023

*Randy R. Haj*
Randy R. Haj, Bar No. 288913
**PAYNE & FEARS LLP**

- and –

Seth R. Ogden (*pro hac vice*)
**PATTERSON INTELLECTUAL PROPERTY LAW, P.C.**

Attorneys for Plaintiff
BTL Industries, Inc.

# DECLARATION OF RANDY R. HAJ

1.  I am an attorney duly licensed to practice in the State of California and before the United States District Court for the Central District of California. I am an attorney at Payne & Fears LLP, counsel of record for plaintiff BTL Industries, Inc. ("BTL"). I have personal knowledge of the matters set forth in this declaration and if called as a witness, I could and would testify competently thereto.

2.  BTL filed its Complaint for patent infringement, trademark infringement, and unfair competition (the "Complaint") on April 14, 2023. On June 2, 2023, BTL caused to be served on defendant Beauty Works OC LLC ("Beauty Works") a copy of the Summons and Complaint. The Affidavit of Service of Summons and Complaint on Beauty Works was filed with this Court on June 7, 2023. (Dkt. 28.) A true and correct copy of the Affidavit of Services of Summons and Complaint is attached as Exhibit A.

3.  I am informed and believe that Beauty Works' deadline to answer or otherwise respond to the Complaint was June 23, 2023.

4.  As of the date of this request to enter default, our search of this Court's docket and files reveals that no answer, Rule 12 motion, or other appropriate response to the Complaint is on file with this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed this 27th day of June 2023, at Portland, Oregon.

*Randy R. Haj*
Randy R. Haj

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 200 N. Pacific Coast Highway, Suite 825, El Segundo, CA 90245.

On June 27, 2023, I served a true copy of the following document(s) described as **:**

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT BEAUTY WORKS OC LLC**

on the interested parties in this action as follows:

Beauty Works
Legalinc Registered Agents, Inc., Registered Agent
4 Embarcadero Ctr., Suite 1400 #85
San Francisco, CA  94111

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Payne & Fears LLP's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 27, 2023, at El Segundo, California.

*/s/ Brenda Mingleton*
Brenda Mingleton

4876-7531-9404.1