**EXHIBIT A**

| Attorney or Party without Attorney:<br>Randy R. Haj, Esq. (SBN 288913)<br>PAYNE & FEARS LLP<br>200 N. Pacific Coast Hwy., Suite 825<br>El Segundo, CA 90245<br>  Telephone No: (310) 689-1750<br>  Attorney For: Plaintiff BTL Industries, Inc. | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Plaintiff: BTL INDUSTRIES, INC
Defendant: BEAUTY WORKS OC LLC; et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:23-cv-00654-JVS-JDE |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Amended Summons; First Amended Complaint with Exhibits 1-8; Civil Cover Sheet; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Plaintiff's Notice of Interested Parties and Corporate Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1-1; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Complaint; Notice of Errata with exhibits 1-8

3. a. Party served:    BEAUTY WORKS OC LLC
   b. Person served:  Jasmine Aldana, Authorized Employee, LEGALINC REGISTERED AGENTS, INC., Registered Agent / Served under F.R.C.P. Rule 4.

4. Address where the party was served:   4 Embarcadero Ctr Suite 1400 #85, San Francisco, CA 94111

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Jun 02 2023 (2) at: 11:10 AM

6. **Person Who Served Papers:**
   a. Andy Esquer (2013-0001009, San Francisco)                        d. **The Fee** for Service was: $427.89
   b. FIRST LEGAL
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

06/06/2023
(Date)                                                                                          (Signature)



PROOF OF SERVICE

8962370
(11916273)

EXHIBIT A, PAGE 4