Randy R. Haj, Bar No. 288913
rrh@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
200 N. Pacific Coast Highway, Suite 825
El Segundo, California  90245
Telephone: (310) 689-1750
Facsimile:  (310) 689-1755

and

Seth R. Ogden (*pro hac vice*)
sro@iplawgroup.com
PATTERSON INTELLECTUAL PROPERTY LAW, P.C.
1600 Division Street, Suite 500
Nashville, TN  37203
Telephone: (615) 242-2400
Facsimile:  (615) 242-2221

Attorneys for Plaintiff
BTL Industries, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BTL INDUSTRIES, INC.,<br><br>    Plaintiff,<br>  v.<br><br>BEAUTY WORKS OC LLC, d/b/a NEWPORT PEACHES INC.; SNEZHANA KURKINA<br><br>    Defendants. | CASE NO. 8:23-cv-00654-JDS-JDV<br>Hon. James V. Selna<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF BTL INDUSTRIES, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF ITS MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS**<br><br>DATE:         N/A<br>TIME:         N/A<br>LOCATION:  N/A |

**TO THE PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff BTL Industries, Inc.'s ("BTL") Application for Leave to File Documents Under Seal came under due consideration by the Court. All appearances were noted on the record. After considering the pleadings and papers on file and such other appropriate matters, the Court rules as follows:

1. BTL's Application to File Documents Under Seal is GRANTED;

2. The Court finds there are compelling reasons to grant the application because the competitive harm that would result from disclosure of BTL's average sales prices for one of its devices, the internal cost of that device, and the amount spent marketing that device and overall marketing strategy for that device outweighs the general history of access and the public policies favoring disclosure.

3. The following portions of documents shall be filed under seal:

| Ex. No. | Document | Portions to be Sealed | Designating Party |
|---|---|---|---|
| 1 | Plaintiff's Memorandum of Points and Authorities in Support of BTL Industries, Inc's Motion for Entry of Default Judgment and Permanent Injunction Against Defendants | Highlighted portions | Plaintiff |
| 2 | Declaration of Jason Wooden | Paragraphs 8 and 10 | Plaintiff |

Dated: _____, 2023

By: _____
      The Honorable James V. Selna
      U.S. District Judge

4854-2138-5338.1

[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE UNDER SEAL

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 200 N. Pacific Coast Highway, Suite 825, El Segundo, CA 90245.

On August 23, 2023, I served true copies of the following document(s) described as:

**[PROPOSED] ORDER GRANTING PLAINTIFF BTL INDUSTRIES, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF ITS MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Payne & Fears LLP's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 23, 2023, at El Segundo, California.

/s/ *Diana Villegas*
Diana Villegas

## SERVICE LIST

Beauty Works
Legalinc Registered Agents, Inc.,
Registered Agent
4 Embarcadero Ctr., Suite 1400 #85
San Francisco, CA  94111

Newport Peaches
28281 Crown Valley Pkwy, Suite 250
Laguna Niguel, CA  92677

Snezhana Kurkina
28281 Crown Valley Pkwy, Suite 250
Laguna Niguel, CA  92677

PAYNE & FEARS LLP
ATTORNEYS AT LAW
200 N. Pacific Coast Hwy., Ste. 825
El Segundo, CA 90245
(310) 689-1750

[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE UNDER SEAL