Randy R. Haj, Bar No. 288913
rrh@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
200 N. Pacific Coast Highway, Suite 825
El Segundo, California 90245
Telephone: (310) 689-1750
Facsimile: (310) 689-1755

and

Seth R. Ogden (*pro hac vice*)
sro@iplawgroup.com
PATTERSON INTELLECTUAL PROPERTY LAW, P.C.
1600 Division Street, Suite 500
Nashville, TN 37203
Telephone: (615) 242-2400
Facsimile: (615) 242-2221

Attorneys for Plaintiff
BTL Industries, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BTL INDUSTRIES, INC.,<br><br>Plaintiff,<br>v.<br><br>BEAUTY WORKS OC LLC, d/b/a NEWPORT PEACHES INC.; SNEZHANA KURKINA<br><br>Defendants. | CASE NO. 8:23-cv-00654-JDS-JDV<br>Hon. James V. Selna<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS**<br><br>DATE: SEPTEMBER 25, 2023<br>TIME: 1:30 P.M.<br>LOCATION: 411 W. 4TH STREET<br>            SANTA, ANA, 92704<br>            Ctrm. 10C |

**TO THE COURT AND DEFENDANTS AND THEIR ATTORNEY OF RECORD**:

PLEASE TAKE NOTICE THAT on September 25, 2023, at 1:30 p.m., in Courtroom C of the United States District Court, Central District of California, located at 411 W. 4th Street, Santa Ana, California, 92704, Plaintiff BTL Industries, Inc. will and hereby does move the Court for entry of Default Judgment in the amount of $375,000 and a permanent injunction in the form described in the concurrently-submitted proposed judgment against Defendants Beauty Works OC LLC; Newport Peaches, Inc.; and Snezhana Kurkina pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Rule 55-1. The Clerk entered default against Beauty Works and Newport Peaches on June 28, 2023, (Dkt. 32, 33), and against Kurkina on June 30, 2023. (Dkt. 36.)

Plaintiff makes this motion on the following grounds, and at the time and place of any hearing will present proof of the following matters:

1. Defendants are not infants or incompetent persons or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

2. Plaintiff effected service of the summons and complaint on Kurkina and Newport Peaches on April 28, 2023, and on Beauty Works on June 2, 2023, and filed Proofs of Service of Summons and Complaint with this Court on May 5, 2023 (as to Kurkina and Newport Peaches, Dkt. 26, 27) and June 7, 2023 (as to Beauty Works, Dkt. 28).

3. Defendants have not appeared in this action.

4. The clerk entered defaults against Defendants Newport Peaches and Beauty Works on June 28, 2023 (Dkt. 32, 33) and against Defendant Kurkina on June 30, 2023 (Dkt. 36).

5. Plaintiff is entitled to judgment against Defendants on the Complaint for (1) patent infringement; (2) trademark infringement under 15 U.S.C. § 1114; (3) federal unfair competition, false designation of origin, and false advertising under 15 U.S.C. § 1125; and (4) common law trademark infringement and unfair competition.

6. Plaintiff seeks judgment in the amount of $375,000, which consists of $125,000 in actual damages which should be trebled under 15 U.S.C. § 1117(a) because of Defendants' knowing and continuous use of BTL's marks or, alternatively, $125,000 in actual damages which should be trebled under 35 U.S.C. § 284 because of Defendants' knowing and willful infringement of U.S. Patent No. 10,478,634, as set forth in the concurrently filed declarations of Jason Wooden and Randy Haj.

7. Plaintiff also seeks an injunction preventing Defendants and their officers, agents, employees or all others acting in concert with them from engaging in further infringement of Plaintiff's trademarks and patents, as more fully described in the concurrently-filed proposed judgment.

This motion is based upon this Notice, the attached Memorandum of Points and Authorities, the concurrently-filed declarations of Jason Wooden and Randy Haj, the pleadings and files in this action, and such evidence and argument as may be presented at the hearing of this motion.

Respectfully submitted,

DATED: August 23, 2023

*Randy R. Haj*
Randy R. Haj, Bar No. 288913
rrh@paynefears.com
**PAYNE & FEARS LLP**
Attorneys at Law
200 N. Pacific Coast Highway, Suite 825
El Segundo, California 90245
Telephone: (310) 689-1750
Facsimile: (310) 689-1755

 - and –

Seth R. Ogden (*pro hac vice*)
sro@iplawgroup.com
PATTERSON INTELLECTUAL PROPERTY LAW, P.C.
1600 Division Street, Suite 500
Nashville, TN 37203
Telephone: (615) 242-2400
Facsimile: (615) 242-2221

Attorneys for Plaintiff
BTL Industries, Inc.

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 200 N. Pacific Coast Highway, Suite 825, El Segundo, CA 90245.

On August 23, 2023, I served true copies of the following document(s) described as:

**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Payne & Fears LLP's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 23, 2023, at El Segundo, California.

/s/ *Diana Villegas*
Diana Villegas

# **SERVICE LIST**

Beauty Works
Legalinc Registered Agents, Inc., Registered Agent
4 Embarcadero Ctr., Suite 1400 #85
San Francisco, CA 94111

Newport Peaches
28281 Crown Valley Pkwy, Suite 250
Laguna Niguel, CA 92677

Snezhana Kurkina
28281 Crown Valley Pkwy, Suite 250
Laguna Niguel, CA 92677

4857-9932-3002.2

NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT