Randy R. Haj, Bar No. 288913
rrh@paynefears.com
**PAYNE & FEARS LLP**
Attorneys at Law
200 N. Pacific Coast Highway, Suite 825
El Segundo, California 90245
Telephone: (310) 689-1750
Facsimile: (310) 689-1755

-and-

Seth R. Ogden (*pro hac vice*)
sro@iplawgroup.com
PATTERSON INTELLECTUAL PROPERTY LAW, P.C.
1600 Division Street, Suite 500
Nashville, Tennessee 37203
Telephone: (615) 242-2400
Facsimile: (615) 242-2221

Attorneys for Plaintiff
BTL Industries, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BTL INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEAUTY WORKS OC LLC; NEWPORT PEACHES INC.; SNEZHANA KURKINA; and DOES 1-10, INCLUSIVE, <br><br> Defendants. | **REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL** <br><br> CASE NO. 8:23-cv-00654-JVS-JDE <br><br> **DECLARATION OF JASON WOODEN** |

DECLARATION OF JASON WOODEN

# DECLARATION OF JASON WOODEN

I, Jason Wooden, declare as follows:

1. I am the current Director of Operations at BTL Industries, Inc. ("BTL"). I have been in this position since April 24, 2023.

2. The matters set forth herein are based on my own personal knowledge, except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called upon, I could and would testify to the following matters.

3. Since its founding in 2008, BTL's business has specialized in the innovation, development, and implementation of equipment and treatments for non-invasive body contouring. BTL and its affiliates developed proprietary and patent-protected technology that uses high-intensity electromagnetic stimulation to induce powerful muscle contractions—unachievable through typical voluntary contractions—to contour an individual's physique.

4. BTL applied its proprietary technology to develop a series of new devices cleared by the U.S. Food and Drug Administration ("FDA") and developed protocols for using the technology for aesthetic therapies. BTL and its affiliates protect their innovative devices and therapeutic protocols with numerous trademarks, patents, and copyrights.

5. The EMSCULPT NEO® device launched in the United States in October 2020. The FDA has cleared EMSCULPT NEO® for non-invasive lipolysis

(breakdown of fat) of the abdomen, thighs, and upper arms. EMSCULPT NEO® is also indicated for improvement of abdominal tone, strengthening of the abdominal muscles, and development of a firmer abdomen; strengthening, toning, and firming of buttocks, thighs, and calves; and improvement of muscle tone and firmness, for strengthening muscles in arms. BTL markets and distributes its EMSCULPT NEO® device to healthcare professionals and licenses these professionals to provide treatment services using the device.

6. BTL's EMSCULPT NEO® product has been a tremendous commercial success. BTL has sold over 1,800 EMSCULPT NEO® devices to U.S. customers since launch. It is the only FDA-cleared, non-invasive body-contouring device that provides both fat elimination and muscle building by combining radio frequency heating and high-intensity, focused, electromagnetic waves into a single therapy.

7. BTL is fully capable of scaling up production to meet increased demand in the U.S. BTL currently services approximately 2,000 customers and has capacity to service thousands more. BTL currently has dozens of new EMSCULPT NEO® devices in stock, which are capable of being sold to customers immediately.

8. The current average selling price of an EMSCULPT NEO® device is approximately ▮▮▮▮▮▮. The costs BTL incurs with respect to every EMSCULPT NEO® device that it sells is ▮▮▮▮▮▮.

9. BTL is the exclusive licensee of U.S. Patent No. 10,478,634 (the "'634 patent") and has all substantial rights in this patent, including the sole right to

-3-
DECLARATION OF JASON WOODEN

enforce this patent.

10. BTL has spent ▇▇▇▇▇▇▇▇ in overall marketing expenses for the EMSCULPT NEO® product line. The market reputation and consumer goodwill associated with the BTL Trademarks are of incalculable and inestimable value to BTL.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed 08/21/2023 at Marlborough, Massachusetts.

_____
Jason Wooden

4883-0002-1370.1

-4-
DECLARATION OF JASON WOODEN

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 200 N. Pacific Coast Highway, Suite 825, El Segundo, CA 90245.

On August 23, 2023, I served true copies of the following document(s) described as:

## DECLARATION OF JASON WOODEN

on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Payne & Fears LLP's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 23, 2023, at El Segundo, California.

/s/ *Diana Villegas*
Diana Villegas

-5-
DECLARATION OF JASON WOODEN

# SERVICE LIST

Beauty Works
Legalinc Registered Agents, Inc., Registered Agent
4 Embarcadero Ctr., Suite 1400 #85
San Francisco, CA 94111

Newport Peaches
28281 Crown Valley Pkwy, Suite 250
Laguna Niguel, CA 92677

Snezhana Kurkina
28281 Crown Valley Pkwy, Suite 250
Laguna Niguel, CA 92677