PAYNE & FEARS LLP
ATTORNEYS AT LAW
200 N. Pacific Coast Hwy., Ste. 825
El Segundo, CA 90245
(310) 689-1750

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BTL INDUSTRIES, INC., | CASE NO. 8:23-cv-00654-JVS-JDE |
| Plaintiff, | Hon. James V. Selna |
| v. | **FINAL JUDGMENT AND PERMANENT INJUNCTION** |
| BEAUTY WORKS OC LLC, d/b/a NEWPORT PEACHES INC.; SNEZHANA KURKINA | |
| Defendants. | |

WHEREAS, the Court has considered the Motion for Default Judgment Filed by Plaintiff BTL Industries, Inc. and all supporting papers, and with good cause appearing for same, it is HEREBY ORDERED, ADJUDGED and DECREED that:

1. The Court has subject matter and personal jurisdiction over this action and the parties.

2. Venue is proper before this District.

3. Judgment is entered on the Complaint brought by Plaintiff BTL Industries, Inc. against Defendants Beauty Works OC LLC; Newport Peaches, Inc.; and Snezhana Kurkina ("Defendants") on all causes of action brought against them, as follows:

   a. Judgment is entered for Plaintiff and against Defendants on the first cause of action for infringement of Patent No. 10,478,634.

   b. Judgment is entered for Plaintiff and against Defendants on the second cause of action for trademark infringement under 15 U.S.C. § 1114.

   c. Judgment is entered for Plaintiff and against Defendants on the third cause of action for federal unfair competition, false designation of origin, and false advertising under 15 U.S.C. § 1125.

   d. Judgment is entered for Plaintiff and against Defendants on the fourth cause of action for common law trademark infringement and unfair competition.

4. The Court finds that Defendants' infringement of BTL's patents and trademarks was willful and malicious within the meaning of 35 U.S.C. § 284 and 15 U.S.C. § 1117(b).

5. Plaintiff is awarded $375,000 against Defendants, jointly and severally, on all causes of action.

6. In addition, Plaintiff is further awarded a permanent injunction on the first cause of action for infringement of Patent No. 10,478,634 and BTL's trademarks, as follows: Defendants and their officers, agents, employees, and all persons acting in concert with Defendants are enjoined from further infringement of BTL's trademarks, including without limitation the EMSCULPT NEO® trademark, and patents, including without limitation Patent No. 10,478,634.

**IT IS SO ORDERED.**

Dated: October 10, 2023

_____
Hon. James V. Selna
United States District Judge

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 200 N. Pacific Coast Highway, Suite 825, El Segundo, CA 90245.

On August 23, 2023, I served true copies of the following document(s) described as:

**[PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Payne & Fears LLP's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 23, 2023, at El Segundo, California.

                                                      /s/ *Diana Villegas*
                                                      Diana Villegas

PAYNE & FEARS LLP
ATTORNEYS AT LAW
200 N. Pacific Coast Hwy., Ste. 825
El Segundo, CA 90245
(310) 689-1750

# **SERVICE LIST**

Beauty Works
Legalinc Registered Agents, Inc.,
Registered Agent
4 Embarcadero Ctr., Suite 1400 #85
San Francisco, CA  94111

Newport Peaches
28281 Crown Valley Pkwy, Suite 250
Laguna Niguel, CA  92677

Snezhana Kurkina
28281 Crown Valley Pkwy, Suite 250
Laguna Niguel, CA  92677

4888-5147-0458.1